# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>*Plaintiff*,<br><br>*v.*<br><br>TOMTOM INTERNATIONAL BV,<br><br>*Defendant*. | Case No. 2:24-cv-01022-JRG<br>(Lead Case) |
| INFOGATION CORPORATION,<br><br>*Plaintiff*,<br><br>*v.*<br><br>NISSAN MOTOR CO., LTD.,<br><br>*Defendant*. | Case No. 2:24-cv-01021-JRG<br>(Member Case)<br><br>Jury Trial Demanded |

## DEFENDANT NISSAN MOTOR CO., LTD.'S
## CORPORATE DISCLOSURE STATEMENT

Subject to and without waiving Defendant Nissan Motor Co., Ltd.'s ("NML") Motion to Dismiss, but in compliance with Federal Rule of Civil Procedure 7.1, NML states the following:

1. NML does not have a parent corporation.

2. Renault S.A. owns 10% or more of NML's stock.

Dated: March 31, 2025

Respectfully submitted,

*/s/ Melissa R. Smith*
Patrick A. Lujin
Missouri Bar No. 41392
Mary J. Peal
Missouri Bar No. 62217
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

T: 816-474-6550
F: 816-421-5547
Email: plujin@shb.com
      mpeal@shb.com

Melissa R. Smith
Texas Bar No. 24001351
Gillam & Smith, LLP
303 S. Washington Ave.
Marshall, TX 75670
T: (903) 934-8450
F: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing document upon the attorneys of record for all parties by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

                          */s/ Melissa R. Smith*
                            Melissa R. Smith