**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **INFOGATION CORPORATION** | § | |
| | § | |
| **v.** | § | **Case No. 2:24-cv-01022-JRG** |
| | § | **(Lead Case)** |
| **TOMTOM INTERNATIONAL BV** | § | |
| **GENERAL MOTORS LLC** | § | **Case No. 2:24-cv-01015-JRG** |
| | § | **(Member Case)** |
| **NISSAN MOTOR CO., LTD.** | § | **Case No. 2:24-cv-01021-JRG** |
| | § | **(Member Case)** |
| **VOLVO CAR CORPORATION** | § | **Case No. 2:24-cv-01023-JRG** |
| | § | **(Member Case)** |
| **MAPBOX, INC and MAPDATA OOO.** | § | **Case No. 2:24-cv-01027-JRG** |
| | § | **(Member Case)** |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO CONDUCT EXPEDITED VENUE DISCOVERY AND EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS OR TRANSFER**

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 26(d)(1), Plaintiff Infogation Corporation ("Infogation" or "Plaintiff) hereby moves for leave to conduct limited, expedited venue discovery in this matter, and for extension of time to respond to respond to Defendant Mapbox, Inc's ("Defendant" or "Mapbox") Renewed Motion to Dismiss for Improper Venue (Dkt. No. 73) ("Motion"). The Parties have conferred, and Mapbox opposes this motion and the scope of venue discovery detailed herein.

Defendant filed the Motion on May 19, 2025 based on the premises that venue is not proper in this District. Infogation disputes these premises and reasonably believes that venue is proper in this District as described in the Amended Complaint (Dkt. 24).

The parties could not come to an agreement with respect to timing and scope of the

discovery, nor the timing of Plaintiff's opposition.

Infogation maintains that good cause exists for the Court to grant this motion, and that it is not brought for any improper purpose, or to unnecessarily delay this action. *See Uniloc USA, Inc. v. Apple Inc.,* No. 2:17-CV-00258-JRG, 2017 U.S. Dist. LEXIS 126523, at *3 (E.D. Tex. July 21, 2017) (granting motion for expedited venue discovery); *Blitzsafe Tex. LLC v. Mitsubishi Elec. Corp.,* No. 2:17-CV-00430-JRG, 2019 U.S. Dist. LEXIS 86350, *15 (E.D. Tex. May 22, 2019) (allowing plaintiff to serve document requests and 30(b)(6) deposition notices and ordering venue discovery be completed within sixty days). Accordingly, Infogation requests that the Court exercise its broad discretion to allow it to conduct limited, expedited venue-related discovery, and stay the due date for Plaintiff's Response to the Motion as follows:

1. Venue related discovery shall be completed within ninety (90) days of the issuance of an Order permitting venue-related discovery;
2. Venue related discovery shall be limited to the issues raised in the Motion and associated documents regarding Mapbox's direction and control of physical locations in this forum, and its direction and control of any corporate entities or employees operating in this forum;
3. Infogation may serve no more than ten (10) interrogatories to Mapbox within one week of the Order granting venue discovery;
4. Mapbox shall respond to Infogation's discovery requests and produce relevant documents in accordance to the Federal Rule of Civil Procedure;
5. Infogation may conduct a 30(b)(6) deposition of Mapbox, limited to seven (7) hours total on the record on or before close of venue discovery;
6. Infogation may conduct a 30(b)(1) depositions of each Mapbox declarant in support of its Motion and each employee identified in its Motion, each limited to seven (7) hours

total on the record on or before close of venue discovery;

7. The foregoing discovery shall not count toward the discovery limits set forth in Court's standing Discovery Order; and

8. Infogation's response to the Motion shall be filed with 14 days of the close of venue-related discovery.

Date: June 9, 2025

*/s/ Christopher A. Honea*
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
Christopher A. Honea
Texas Bar No. 24059967
chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this day I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

By: *<u>/s/ Christopher A. Honea</u>*
Christopher A. Honea

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties telephonically, and by email, met and conferred numerous times, and finally on June 9, 2025 by email to discuss the relief requested in this Motion. The parties could not come to an agreement with respect to timing and scope of the discovery nor the timing of Plaintiff's opposition. This motion is opposed.

By: *<u>/s/ Christopher A. Honea</u>*
Christopher A. Honea